# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN DEL NERO,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: 00-09068-AHM (AIJx)<br><br>ORDER TO SEAL PARTIAL RECORD<br><br>[PROPOSED] |

GOOD CAUSE APPEARING,

The Clerk of the Court is directed to SEAL Docket Entry 4.

IT IS SO ORDERED.

Dated: AUG - 6 2012

_____
District Court Judge